IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR IMMIGRATION STUDIES, INC._____*Petitioner*,v.U.S. DEPARTMENT OF JUSTICE, U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA_____*Respondent*. | No. _____ |

### DECLARATION OF WILLIAM F. OSTRYE

I, William F. Ostrye, declare as follows:

1. I am over the age of 18. I have personal knowledge of the facts set forth herein and, if called as a witness, I could testify competently to those facts

2. I am the Director of Finance and Administration of the Center for Immigration Studies ("CIS"). I have served in that role since 2019.

3. I make this declaration in support of CIS's Petition to Modify or Set Aside.

CIS'S SECOND DRAW PPP LOAN

4. Attached as Exhibit 1 is a true and accurate copy of a press release downloaded from www.treasury.gov.[1]

---

[1] https://home.treasury.gov/news/press-releases/sm961

5. Attached as Exhibit 2 is a true and accurate printout of an email chain between me and a representative of United Bank. A subsequent email is redacted on the basis of attorney-client privilege.

6. Attached as Exhibit 3 is a true and accurate printout of a page on www.linkedin.com.

7. Attached as Exhibit 4 is a true and accurate copy of CIS's PPP Second Draw application, as found in CIS's files. A true and accurate copy of an email chain between me and Roderick Johnson of SBA is included as Addendum B.

8. Attached as Exhibit 5 is a true and accurate copy of an email chain between me and a representative of United Bank.

9. Attached as Exhibit 6 is a true and accurate copy of the public version of CIS's 2019 Form 990. A copy of this document was attached to one of the emails in Exhibit 5.

10. According to CIS's files, CIS's Second Draw loan was approved April 14, 2021.

11. According to a document in CIS's files, on April 21, 2021, Mark Krikorian executed a Commercial Promissory Note with United Bank for a $366,160.00 Second Draw loan.

12. According to a document in CIS's files, on or about Sept. 7, 2022, SBA remitted to United Bank a payment for forgiveness of CIS's loan.

13. Attached as Exhibit 7 is a true and accurate copy of a contact letter received by CIS, as found in CIS's files.

14. Attached as Exhibit 8 is a true and accurate copy of a CID received by CIS on October 8, 2024, as found in CIS's files.

CIS's Practices

15. To the best of my knowledge, CIS's practice is to post all testimony and regulatory comments to its website.

16. To the best of my knowledge, CIS's practice is to post employee work product to its website.

### THE BURDEN OF THE CID

17. CIS has only about 19 staff members and 6 fellows. It has no dedicated information technology staff.[2]

18. I am informed that (1) CIS's email is not centrally searchable, and (2) upgrading our email service to include central searchability would require a costly upgrade of our email to a higher tier of service. Accordingly, searching CIS email would need to be done manually, either by CIS employees or by expensive outside counsel.

19. CIS has no in-house capability to collect or produce documents in the format desired by the CID.

20. Based on preliminary inquiries, CIS has contacts with Congress or congressional staff, but the vast majority (at least 90%) of those contacts are initiated by Congressmen or congressional staff seeking information, not CIS. Based on preliminary inquiries, of the small number of contacts that are initiated by CIS, many are follow-ups on prior Congressional inquiries.

21. Based on preliminary inquiries, some of CIS's contacts with Congress or congressional staff are to facilitate Congressional oversight of executive agencies, including DOJ.

22. As set forth in CIS's Form 990, its single mission is "providing immigration policymakers, the academic community, news media, and concerned citizens with reliable information about the social, economic environmental, security, and fiscal consequences of legal and illegal immigration into the United States."

---

[2] https://cis.org/Center-Immigration-Studies-Staff-List

23. CIS's performing its mission would be seriously disrupted and seriously hindered if Congressmen and congressional staff were unable to seek information from CIS's experts without risking subsequent disclosure of those communications to Executive branch officials.

24. As set forth in CIS's Form 990s, CIS's revenue in CY 2021 was approximately $3.7M, in CY 2022 was approximately $3.0M.

25. CIS would be unduly disrupted and seriously hindered if it were required to expend hundreds of thousands of dollars collecting and reviewing documents for production to DOJ. Doing so would likely require CIS to layoff some of its staff, with corresponding negative impact to CIS's mission of providing information.

26. Further declarant sayeth naught.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on October 23, 2024, in Annapolis, Maryland.

_____
William F. Ostry