# EXHIBIT 2



Scott St. John <scott@stjohnlaw.com>

## FW: PPP Loan - Draw 2
1 message

**wfo@cis.org** <wfo@cis.org>  Mon, May 13, 2024 at 4:20 PM
To: "Scott St. John" <scott@stjohnlaw.com>



**From:** Chris Northrup <Chris.Northrup@bankwithunited.com>
**Sent:** Monday, March 1, 2021 12:05 PM
**To:** Bill Ostrye <wfo@cis.org>
**Subject:** RE: PPP Loan - Draw 2

Hi Bill,

Unfortunately, they have asked us not to interpret these types of language and let the organization decide whether or not to apply. The good news is the SBA is reviewing this round of loans so it would have to go through them to make a determination on whether or not you are eligible. I would also thing the language that states "primarily engaged" would help your case.

I apologize I can't give you a black and white, "yes or no." I hope this is somewhat helpful as you make a decision to apply or to hold back.

Best,
Chris


**Chris Northrup**

**Branch Manager, Bank Officer**

1776 K St. NW

Washington, DC 20006

202-331-3955 (direct line)

6/23/24, 10:03 PM
Case 1:24-mc-00140-CJN    Document 1-5    Filed 10/23/24    Page 3 of 4
sjohnlaw.com Mail - Fwd: PPP Loan - Draw 2



**NMLS ID 1869657**

---

**From:** Bill Ostrye <wfo@cis.org>
**Sent:** Monday, March 1, 2021 11:46 AM
**To:** Chris Northrup <Chris.Northrup@bankwithunited.com>
**Subject:** PPP Loan - Draw 2

Chris,

I was looking over the PPP 2nd Draw Application, and saw that one of the Certifications on page 4 says the following:

"The Applicant is not a business concern or entity primarily engaged in political or lobbying activities, including any entity that is organized for research or for engaging in advocacy in areas such as public policy or political strategy or otherwise describes itself as a think tank in any public documents."

Up until that point, I was confident that CIS qualified as eligible. We are an independent, non-partisan, 501(c)(3) non-profit, research organization. We are the nation's only think tank devoted exclusively to the research of U.S. immigration policy to inform policymakers and the public about immigration's far-reaching impact.

We are not involved in political or lobbying activities. Do you know if the above Certification is related only to for profit entities or Think Tanks involved in political or lobbying activities?

I've tried to research this, but haven't been able to find any clear explanation.

Regards,

Bill

Bill Ostrye

Director of Finance & Administration

Center for Immigration Studies

202.466.8185 | Fax: 202-466-8076

wfo@cis.org | www.cis.org

Donate to the Center

---

When responding to this email, **do not include personal information**, such as social security number or account number. If your response requires you to include personal information, email us through the secure Contact Us email link on our website.

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to which they are addressed. If you have received this email in error please notify the sender. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company.

---