# EXHIBIT 3

Case 1:24-mc-00140-CJN     Document 1-6     Filed 10/23/24     Page 1 of 8



# Roderick Johnson · 3rd

SBA Office of Government Contracting and Business Development

- U.S. Small Business Administration
- University of Maryland University College

Washington, District of Columbia, United States · Contact info

500+ connections

+ Follow    Message    More

Connect if you know each other    + Connect

## About

With an MS in Financial Management and a BS in Business Administration, I connect companies with financiers, accountants, attorneys, treasury, estate and wealth management providers as well as commercial real estate brokers.

I have a strong community service background combined with sales, sales management, financial analysis, underwriting, business development, portfolio management, pricing, proposal, presentation and negotiation skills for companies doing business domestically and internationally.

## Featured



**PPPRODSBDC THE LATEST ON PPP & EIDL...**
The latest information on PPP, EIDL and SVOG as of 3/5/2021

**PPP Schedule C Updates 3.4.21.pptx**
Revisions to the Loan Amount Calculations and Eligibility using the Schedule C

**SCORESBA-PPPEIDL-2021-Loan-Updates...**
The latest information on PPP, EIDL and the Debt Relief Program

## Activity
1,374 followers

+ Follow

**Posts**   Comments

Roderick Johnson reposted this • 11mo


https://lnkd.in/guk9Z8KS

2    1 comment

**Show all posts →**

## Experience



**Business Opportunity Specialist**
U.S. Small Business Administration · Full-time
Jan 2023 - Present · 1 yr 6 mos
Washington, District of Columbia, United States · Hybrid

Provide SBA certification training to Women Owned Small Business Owners (WOSB) and Economically Disadvantaged Women Owned Busine  ...see more



**President & CEO**
RLJ Financial Consultants, LLC
Oct 2008 - Present · 15 yrs 9 mos
Washington, D.C.

1. Originate, pre-qualify, analyze, structure, market and promote commercial financing options to small businesses, not-for-profit organization  ...see more



**Financial Analyst-Small Business Investment Corporation**
U.S. Small Business Administration Office of Investment and Innovation · Full-time
Oct 2021 - Jan 2023 · 1 yr 4 mos
Washington, D.C.

1. Monitored and oversaw a portfolio of leveraged and non-leveraged SBICs for regulatory compliance in accordance with SBA regulations, po  ...see more



**Lender Relations/SBDC Project Officer**
U.S. Small Business Administration
Jan 2018 - Oct 2021 · 3 yrs 10 mos
Washington, District Of Columbia

-Loan Officer-Office of Disaster Assistance
-Conduct oversight of the George Mason and Howard Universities SBDCs to ensure compliance with SBA's policies and procedures for technical assistance to business owners
-Conduct financial analysis for the Washington Metropolitan Area 8 (A) companies to obtain financing from commercial banks, credit unions and alternative lenders
-Serve as the subject matter expert for the Economic Injury Disaster Loan (EIDL), Paycheck Protection Program (PPP), the Shuttered Venue Operations Grant (SVOG) and the Restaurant Rescue Fund (RRF)
-Work with commercial banks, credit unions and fintechs to receive SBA delegate authority to provide SBA loans to businesses and assist the aforementioned with receiving the Preferred Lender's status
-Serve as the Manager on Duty for the Marketing and Outreach team when the manager is on leave



**Vice President-Sr. Commercial Loan Officer**
Industrial Bank · Full-time
Jan 2014 - May 2017 · 3 yrs 5 mos
Washington, District of Columbia, United States · On-site

1. Had loan approval authority of $350K.
2. Underwrote investment and owner-occupied commercial real   ...see more

**Show all 11 experiences →**

## Education


**University of Maryland Global Campus**
Masters of Science (MS), Financial Management


**Bridgewater College**
Business of Science (BS), Business Administration
Activities and societies: 4-Year Letter Man in Football- Won Old Dominion Athletic Conference Championship in 1980;…

## Licenses & certifications


**Certified Facilitator Trainer/ Pre-Marital, Marriage Coach**
PREPARE/ENRICH
Issued Nov 2023


**Certified SYMBIS Assessment Facilitator/Pre-Marital Coach**
SYMBIS Pre-Marital Coach
Issued Nov 2023

Show all 6 licenses & certifications →

## Skills

**Commercial Banking**

 Endorsed by Michael Clark and 1 other who is highly skilled at this

 Endorsed by 11 colleagues at Wells Fargo

 63 endorsements

**Commercial Lending**

 Endorsed by John Brand who is highly skilled at this

 Endorsed by 7 colleagues at Wells Fargo

 54 endorsements

Show all 50 skills →

## Recommendations

**Received**   Given


**Robert DuHart Sr** · 3rd
Executive Strategic Business Advisor
June 10, 2022, Robert worked with Roderick on the same team

Roderick Johnson brings a wealth of business expertise to businesses located in the Mid-Atlantic Region. He is well versed in life, health, property and casualty insurance, government contracting, nonprofit, commercial real estate, asset based, construction, manufacturing, legal, health care, accounting and SBA lending. He's passionate about helping businesses grow to the next level and takes time to really understand the customer's needs to best offer the products and services that will advance their businesses. I feel fortunate to work alongside of Roderick at SBA as we co-…


**Karlene Sinclair-Robinson** · 3rd
Business & Financing Strategist | Consultant | Coach | Author | Writer | Entrepreneurial Instructor | Motivational Speaker
April 28, 2020, Karlene worked with Roderick but they were at different companies

Mr. Rod, as I like to call him, is someone who brings a lot of experience and expertise to the business community. He's always ready to answer my questions and values my opinion. He has been a great source to call on when there is a banking, insurance or SBA related question I need answered and others. He's passionate about helping small businesses and shows up for them. He has also supported efforts to educate business owners by instructing workshops including financing, business & personal credit classes. Collaborating with Mr. Rod in support of business owners, has bee…

Show all 8 received →

## Publications

**Underwriting Church Loans**

This paper was submitted for the 40th International Atlantic Economic Conference in Williamsburg, Virginia. The date of the conference was October 8-11, 1995 "Restori…

## Honors & awards

**2021 Government Advocate of the Year**
Issued by Small Emerging Contractor Advisory Forum · May 2021

 Associated with U.S. Small Business Administration

Supports Small Businesses in the Federal Government Contracting space

**Small Business Administration/Special Thanks for Achieving Results (STAR) Award**
Issued by United States Small Business Administration · Sep 2020

 Associated with U.S. Small Business Administration

The award was given to me by the Washington Area District Office for consistently going above and beyond for the banks, business owners and small business…

Show all 7 honors & awards →

## Organizations

**Barber Family Foundation**
Board Member · Jan 2019 - Present

 Associated with RLJ Financial Consultants, LLC

General Board Member

**New Endeavors by Women**
Treasurer & Board Member · Jan 2016 - Dec 2022

 Associated with Industrial Bank

Provides transitional housing for women. Served as Board Member and Treasurer

Show all 20 organizations →

## Interests

**Top Voices** | Companies | Groups | Newsletters | Schools



**Oprah Winfrey** in
CEO, Producer, Publisher, Actress and Innovator
1,271,851 followers

+ Follow

**Mike Bloomberg** in · 2nd
Entrepreneur, philanthropist, UN Secretary-General's Special Envoy for Climate Ambition & Solutions, WHO Global Ambassador for

Noncommunicable Diseases and Injuries, mayor of NYC, father, grandfather, and data nerd.

2,641,310 followers

+ Follow

---

**Show all Top Voices →**

Ad •••



Joseph Scott, explore jobs at **SBA** that match your skills

See jobs

---

**Other similar profiles**

**Peggy Delinois Hamilton** · 2nd
General Counsel, Presidential Appointee, Board Director and Executive Advisor

+ Connect

**Sandra Eberhard** · 3rd
Woman(en) owned business certification, advocacy and corporate connections

View profile

**Sandra Barrett, MBA** · 3rd
Director at U.S. Small Business Administration

View profile

**Jessica Reeves** [in] · 3rd
Director of Public Engagement

+ Follow

**Maria Lopes** [in] · 3rd
Senior Residential Specialist @ Long & Foster | Expert in Foreclosures & Short-Sales

+ Follow

**Show all**

---

**Grow your network**
Premium peer suggestions

**Steve Potenza** [in] · 2nd
Deputy General Counsel, Fox News Media

+ Connect

**Chad Copeland** · 2nd
Assistant Deputy Attorney General at Office of the Attorney General for the District of Columbia

＋ Connect

**People you may know**
From Roderick's industry

**David Gilbert**
Deputy Attorney General, Office of Patrick Morrisey

＋ Connect

**Michael Zarian**
Deputy Solicitor General of Idaho

＋ Connect

**Philip Axt**
Solicitor General of North Dakota

＋ Connect

**Samuel Freedlund**
Deputy Solicitor General in the Missouri Attorney General's Office

＋ Connect

**Attorney General Tim Griffin**
Attorney General at Arkansas Attorney General

＋ Connect

Show all

**You might like**
Pages for you

**American Bar Association**
Legal Services
266,015 followers

40 connections follow this page

＋ Follow

**United States Courts**
Administration of Justice
80,099 followers

6 connections work here

＋ Follow

Show all

Case 1:24-mc-00140-CJN    Document 1-6    Filed 10/23/24    Page 7 of 8