# EXHIBIT 4



**Paycheck Protection Program**
**Second Draw Borrower Application Form**
Revised March 18, 2021

OMB Control No.: 3245-0417
Expiration Date: 9/30/2021

| Check One: | ☐ Sole proprietor ☐ Partnership ☐ C-Corp ☐ S-Corp ☐ LLC<br>☐ Independent contractor ☐ Self-employed individual<br>☑ 501(c)(3) nonprofit ☐ 501(c)(6) organization<br>☐ 501(c)(19) veterans organization<br>☐ Other 501(c) organization   ☐ Housing cooperative<br>☐ Tribal business ☐ Other _____ | DBA or Tradename (if applicable) | Year of Establishment (if applicable) |
|---|---|---|---|
|  |  | N/A | 1985 |

| Business Legal Name | NAICS Code |
|---|---|
| Center for Immigration Studies, Inc. | 541720 |

| Business Address (Street, City, State, Zip Code - No P.O. Box addresses allowed) | Business TIN (EIN, SSN, ITIN) | Business Phone |
|---|---|---|
| 1629 K ST, NW, Suite 600<br>Washington, DC 20006 | 521449368 | (202) 466-8185 |
|  | Primary Contact | Email Address |
|  | Mark S. Krikorian | msk@cis.org |

| Average Monthly Payroll: | $ 146,464.00 | x 2.5 (or x 3.5 for NAICS 72 applicants) equals Loan Request Amount (may not exceed $2,000,000): | $ 366,160.00 | Number of Employees (including affiliates, if applicable; may not exceed 300 unless "per location" exception applies): | 17.00 |
|---|---|---|---|---|---|
| Purpose of the loan (select all that apply): | ☑ Payroll Costs | ☑ Rent / Mortgage Interest | ☑ Utilities | ☐ Covered Operations Expenditures | |
|  | ☐ Covered Property Damage | ☐ Covered Supplier Costs | ☐ Covered Worker Protection Expenditures | ☐ Other (explain): | |

| PPP First Draw SBA Loan Number: | 90979170-03 |
|---|---|

| Reduction in Gross Receipts of at Least 25% (Applicants for loans of $150,000 or less may leave blank but must provide upon or before seeking loan forgiveness or upon SBA request): | 2020 Quarter (e.g., 2Q 2020): | 3Q 2020 | Reference Quarter (e.g., 2Q 2019): | 3Q 2019 |
|---|---|---|---|---|
|  | Gross Receipts: | $ 54,966.00 | Gross Receipts | $ 269,745.00 |

**Applicant Ownership**

List all owners of 20% or more of the equity of the Applicant. Attach a separate sheet if necessary.

| Owner Name | Title | Ownership % | TIN (EIN, SSN, ITIN) | Address |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

**PPP Applicant Demographic Information (Optional)**

**Veteran/gender/race/ethnicity data is collected for program reporting purposes only. Disclosure is voluntary and will have no bearing on the loan application decision.**

| Principal Name | | Principal Position | |
|---|---|---|---|
|  |  |  |  |
|  | Select Response Below: | | |
| Veteran | ☐ Non-Veteran; ☐ Veteran; ☐ Service-Disabled Veteran; ☐ Spouse of Veteran; ☐ Not Disclosed | | |
| Gender | ☐ Male; ☐ Female; ☐ Not Disclosed | | |
| Race (more than 1 may be selected) | ☐ American Indian or Alaska Native; ☐ Asian; ☐ Black or African-American;<br>☐ Native Hawaiian or Pacific Islander; ☐ White; ☐ Not Disclosed | | |
| Ethnicity | ☐ Hispanic or Latino; ☐ Not Hispanic or Latino; ☐ Not Disclosed | | |



**Paycheck Protection Program**
**Second Draw Borrower Application Form**
**Revised March 18, 2021**

*If questions (1), (2), (4), or (5) are answered "Yes," the loan will not be approved.*

| Question | Yes | No |
|---|---|---|
| 1. Is the Applicant or any owner of the Applicant presently suspended, debarred, proposed for debarment, declared ineligible, voluntarily excluded from participation in this transaction by any Federal department or agency, or presently involved in any bankruptcy? | | ✓ |
| 2. Has the Applicant, any owner of the Applicant, or any business owned or controlled by any of them, ever obtained a direct or guaranteed loan from SBA or any other Federal agency (other than a Federal student loan made or guaranteed through a program administered by the Department of Education) that is (a) currently delinquent, or (b) has defaulted in the last 7 years and caused a loss to the government? | | ✓ |
| 3. Is the Applicant or any owner of the Applicant an owner of any other business, or have common management (including a management agreement) with any other business? If yes, list all such businesses (including their TINs if available) and describe the relationship on a separate sheet identified as addendum A. | ✓ | |
| 4. Is the Applicant (if an individual) or any individual owning 20% or more of the equity of the Applicant presently incarcerated or, for any felony, presently subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction? Initial here to confirm your response to question 4 → MSK | | ✓ |
| 5. Within the last 5 years, for any felony involving fraud, bribery, embezzlement, or a false statement in a loan application or an application for federal financial assistance, has the Applicant (if an individual) or any owner of the Applicant 1) been convicted; 2) pleaded guilty; 3) pleaded nolo contendere; or 4) commenced any form of parole or probation (including probation before judgment)? Initial here to confirm your response to question 5 → MSK | | ✓ |
| 6. Is the United States the principal place of residence for all employees included in the Applicant's payroll calculation above? | ✓ | |
| 7. Is the Applicant a franchise? | | ✓ |
| 8. Is the franchise listed in SBA's Franchise Directory? If yes, enter SBA Franchise Identifier Code here: _____ | | ✓ |



**Paycheck Protection Program**
**Second Draw Borrower Application Form**
**Revised March 18, 2021**

**By Signing Below, You Make the Following Representations, Authorizations, and Certifications**

I certify that:

- I have read the statements included in this form, including the Statements Required by Law and Executive Orders, and I understand them.

- The Applicant is eligible to receive a loan under the rules in effect at the time this application is submitted that have been issued by the Small Business Administration (SBA) and the Department of the Treasury (Treasury) implementing Second Draw Paycheck Protection Program Loans under Division A, Title I of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act), the Economic Aid to Hard-Hit Small Businesses, Nonprofits, and Venues Act, and Title V of the American Rescue Plan Act of 2021 (the Paycheck Protection Program Rules).

- The Applicant, together with its affiliates (if applicable), (1) is an independent contractor, self-employed individual, or sole proprietor with no employees; (2) employs no more than 300 employees; (3) if NAICS 72, employs no more than 300 employees per physical location; (4) if a news organization that is majority owned or controlled by a NAICS code 511110 or 5151 business, a nonprofit public broadcasting entity with a trade or business under NAICS code 511110 or 5151, or an Internet-only news or periodical publisher assigned NAICS code 519130 and engaged in the collection and distribution of local or regional and national news and information, employs no more than 300 employees per location; or (5) if a 501(c)(3) organization, an eligible 501(c)(6) organization, other eligible 501(c) organization, eligible destination marketing organization, employs no more than 300 employees per physical location.

- I will comply, whenever applicable, with the civil rights and other limitations in this form.

- All loan proceeds will be used only for business-related purposes as specified in the loan application and consistent with the Paycheck Protection Program Rules including the prohibition on using loan proceeds for lobbying activities and expenditures. If Applicant is a news organization that became eligible for a loan under Section 317 of the Economic Aid to Hard-Hit Small Businesses, Nonprofits, and Venues Act, proceeds of the loan will be used to support expenses at the component of the business concern that produces or distributes locally focused or emergency information. If the Applicant is an Internet-only news or periodical publisher that became eligible for a loan under Section 5001 of the American Rescue Plan Act of 2021, the proceeds of the loan will be used to support expenses at the component of the business or organization that supports local or regional news.

- I understand that SBA encourages the purchase, to the extent feasible, of American-made equipment and products.

- The Applicant is not engaged in any activity that is illegal under federal, state or local law.

For Applicants who are individuals: I authorize the SBA to request criminal record information about me from criminal justice agencies for the purpose of determining my eligibility for programs authorized by the Small Business Act, as amended.

The authorized representative of the Applicant must certify in good faith to all of the below by **initialing** next to each one:

MSK
The Applicant was in operation on February 15, 2020, has not permanently closed, and was either an eligible self-employed individual, independent contractor, or sole proprietorship with no employees, or had employees for whom it paid salaries and payroll taxes or paid independent contractors, as reported on Form(s) 1099-MISC.

MSK
Current economic uncertainty makes this loan request necessary to support the ongoing operations of the Applicant.

MSK
The Applicant has realized a reduction in gross receipts in excess of 25% relative to the relevant comparison time period. For loans greater than $150,000, Applicant has provided documentation to the lender substantiating the decline in gross receipts. For loans of $150,000 or less, Applicant will provide documentation substantiating the decline in gross receipts upon or before seeking loan forgiveness for the Second Draw Paycheck Protection Program Loan or upon SBA request.

MSK
The Applicant received a First Draw Paycheck Protection Program Loan and, before the Second Draw Paycheck Protection Program Loan is disbursed, will have used the full loan amount (including any increase) of the First Draw Paycheck Protection Program Loan only for eligible expenses.

MSK
The funds will be used to retain workers and maintain payroll; or make payments for mortgage interest, rent, utilities, covered operations expenditures, covered property damage costs, covered supplier costs, and covered worker protection expenditures as specified under the Paycheck Protection Program Rules; I understand that if the funds are knowingly used for unauthorized purposes, the federal government may hold me legally liable, such as for charges of fraud.

MSK
I understand that loan forgiveness will be provided for the sum of documented payroll costs, covered mortgage interest payments, covered rent payments, covered utilities, covered operations expenditures, covered property damage costs, covered supplier costs, and covered worker protection expenditures, and not more than 40% of the forgiven amount may be for non-payroll costs. If required, the Applicant will provide to the Lender and/or SBA documentation verifying the number of full-time equivalent employees on the Applicant's payroll as well as the dollar amounts of eligible expenses for the covered period following this loan.

MSK
The Applicant has not and will not receive another Second Draw Paycheck Protection Program Loan.



**Paycheck Protection Program**
**Second Draw Borrower Application Form**
**Revised March 18, 2021**

MSK

The Applicant has not been approved for a Shuttered Venue Operator (SVO) grant from SBA as of the date of this loan application, and the Applicant acknowledges that if the Applicant is approved for an SVO grant before SBA issues a loan number for this loan, the Applicant is ineligible for the loan and acceptance of any loan proceeds will be considered an unauthorized use.

MSK

The President, the Vice President, the head of an Executive department, or a Member of Congress, or the spouse of such person as determined under applicable common law, does not directly or indirectly hold a controlling interest in the Applicant, with such terms having the meanings provided in Section 322 of the Economic Aid to Hard-Hit Small Businesses, Nonprofits, and Venues Act.

MSK

The Applicant is not an issuer, the securities of which are listed on an exchange registered as a national securities exchange under section 6 of the Securities Exchange Act of 1934 (15 U.S.C. 78f).

MSK

The Applicant is not a business concern or entity (a) for which an entity created in or organized under the laws of the People's Republic of China or the Special Administrative Region of Hong Kong, or that has significant operations in the People's Republic of China or the Special Administrative Region of Hong Kong, owns or holds, directly or indirectly, not less than 20 percent of the economic interest of the business concern or entity, including as equity shares or a capital or profit interest in a limited liability company or partnership; or (b) that retains, as a member of the board of directors of the business concern, a person who is a resident of the People's Republic of China.

MSK

The Applicant is not required to submit a registration statement under section 2 of the Foreign Agents Registration Act of 1938 (22 U.S.C. 612).

MSK

The Applicant is not a business concern or entity primarily engaged in political or lobbying activities, including any entity that is organized for research or for engaging in advocacy in areas such as public policy or political strategy or otherwise describes itself as a think tank in any public documents.    (See Addendum B)

MSK

I further certify that the information provided in this application and the information provided in all supporting documents and forms is true and accurate in all material respects. I understand that knowingly making a false statement to obtain a guaranteed loan from SBA is punishable under the law, including under 18 U.S.C. 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000; under 15 U.S.C. 645 by imprisonment of not more than two years and/or a fine of not more than $5,000; and, if submitted to a federally insured institution, under 18 U.S.C. 1014 by imprisonment of not more than thirty years and/or a fine of not more than $1,000,000.

MSK

I acknowledge that the Lender will confirm the eligible loan amount using required documents submitted. I understand, acknowledge, and agree that the Lender can share any tax information that I have provided with SBA's authorized representatives, including authorized representatives of the SBA Office of Inspector General, for the purpose of compliance with SBA Loan Program Requirements and all SBA reviews.

_____
Signature of Authorized Representative of Applicant

03/31/2021
_____
Date

**Mark S. Krikorian**
_____
Print Name

**Executive Director**
_____
Title

**Center for Immigration Studies, Inc.**
TIN: 52-1449368

**ADDENDUM A**

3. Is the Applicant or any owner of the Applicant an owner of any other business, or have common management (including a management agreement) with any other business? If yes, list all such businesses (including their TINs if available) and describe their relationship on a separate sheet identified as Addendum A.

**Immigration Research Fund (IRF)**
TIN: 82-3463460

Immigration Research Fund is a 501(c)(3) exempt organization that is classified as a Type I Supporting Organization under IRC Section 509(a)(3) to Center for Immigration Studies, Inc. (CIS).  Its mission is to support CIS in providing immigration policymakers, the academic community, news media, and concerned citizens with reliable information about the social, economic, environmental, security and fiscal consequences of legal and illegal immigration into the United States.

Mark Krikorian is the Executive Director of CIS and IRF.  The two Board Members of IRF are also Board Member of CIS.

**Center for Immigration Studies, Inc.**
TIN: 52-1449368

**ADDENDUM B**

**Certification Clarification:**
We reached out to Roderick Johnson, Lender Relations Specialist, with the SBA (**email below**) and received confirmation of our eligibility as it relates to the following Certification on page 4 of the Second Draw Borrower Application Form, Revised March 18, 2021:

"*The Applicant is not a business concern or entity primarily engaged in political or lobbying activities, including any entity that is organized for research or for engaging in advocacy in areas such as public policy or political strategy or otherwise describes itself as a think tank in any public documents.*"

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

From: Johnson, Roderick L. [mailto:Roderick.Johnson@sba.gov]
Sent: Friday, March 26, 2021 4:40 PM
To: Bill Ostrye <wfo@cis.org>
Subject: RE: 2nd Draw PPP Loan - Prohibited Borrowers

Go get the money but first you must use all the first draw money before getting the second draw and if you are not doing political lobbying you should be fine.

From: Bill Ostrye <wfo@cis.org>
Sent: Friday, March 26, 2021 4:12 PM
To: Johnson, Roderick L. <Roderick.Johnson@sba.gov>
Subject: 2nd Draw PPP Loan - Prohibited Borrowers

Good afternoon,

We are very interested in applying for a 2nd Draw PPP loan, however, we are looking for clarification of the Certification included on the Second Draw Borrower Application Form, Revised March 18, 2021, page 4,

"The Applicant is not a business concern or entity primarily engaged in political or lobbying activities, including any entity that is organized for research or for engaging in advocacy in areas such as public policy or political strategy or otherwise describes itself as a think tank in any public documents."

Is this Certification addressing political or lobbying activities overall and the underlying entities/Think Tanks that provide research or advocacy in areas such as public policy or political strategy within political or lobbying activities, or is it addressing,
entities primarily engaged in political or lobbying activities, *AND* entities that are organized for research, *AND* for engaging in advocacy in areas such as public policy or political strategy, *AND* Think Tanks?

We are an independent, non-partisan, 501(c)(3) non-profit, research organization.  We are the nation's only think tank devoted exclusively to the research of U.S. immigration policy to inform policymakers and the public about immigration's far-reaching impact.

We are not involved in political or lobbying activities.

Page **1** of **2**

Any help with this would be greatly appreciated.

Regards,
Bill


Bill Ostrye
Director of Finance & Administration
Center for Immigration Studies
202.466.8185 | Fax: 202-466-8076
wfo@cis.org | www.cis.org
Donate to the Center

*********************************************************************************************

If Center for Immigration Studies, Inc. should be classified as an ineligible entity, as described in the above Certification, please disregard our Application.