

Scott St. John <scott@stjohnlaw.com>

## FW: Additional Documentation Needed
1 message

**wfo@cis.org** <wfo@cis.org>  Fri, May 17, 2024 at 10:37 AM
To: "Scott St. John" <scott@stjohnlaw.com>, "Krikorian, Mark" <msk@cis.org>, Pete Nunez <pknunez78@gmail.com>



**From:** Bill Ostrye <wfo@cis.org>
**Sent:** Friday, April 2, 2021 8:49 AM
**To:** 'Chris Northrup' <Chris.Northrup@bankwithunited.com>
**Cc:** 'Barrett Deacon' <Barrett.Deacon@bankwithunited.com>
**Subject:** RE: Additional Documentation Needed


Chris,

Here is our 2019 Form 990.  I appreciate your help.

Regards,

Bill

6/23/24, 10:25 PM
Case 1:24-mc-00140-CJN   Document 1-8   Filed 10/23/24   Page 2 of 5
stjohnlaw.com Mail - Fw: Additional Documentation Needed

Bill Ostrye

Director of Finance & Administration

Center for Immigration Studies

202.466.8185 | Fax: 202-466-8076

wfo@cis.org | www.cis.org

Donate to the Center

---

**From:** Chris Northrup [mailto:Chris.Northrup@bankwithunited.com]
**Sent:** Thursday, April 1, 2021 5:36 PM
**To:** Bill Ostrye <wfo@cis.org>
**Cc:** Barrett Deacon <Barrett.Deacon@bankwithunited.com>
**Subject:** RE: Additional Documentation Needed


I just checked the submission and it has 541720 as the NAICS and was still flagged. I know it is a pain, but I would advise we just give the SBA what they want to get this hold removed. Keep us posted.

Thank you,

Chris

---

**From:** Bill Ostrye <wfo@cis.org>
**Sent:** Thursday, April 1, 2021 5:25 PM
**To:** Chris Northrup <Chris.Northrup@bankwithunited.com>
**Cc:** Barrett Deacon <Barrett.Deacon@bankwithunited.com>
**Subject:** RE: Additional Documentation Needed


Are you sure the SBA isn't looking at 541820 which is Public Relations Agencies/Lobbying?


I picked 541720, Research & Development in the Social Sciences and Humanities because that was the closest thing I could find.


Bill


Bill Ostrye

Director of Finance & Administration

Center for Immigration Studies

202.466.8185 | Fax: 202-466-8076

wfo@cis.org | www.cis.org

Donate to the Center

---

**From:** Chris Northrup [mailto:Chris.Northrup@bankwithunited.com]
**Sent:** Thursday, April 1, 2021 4:55 PM
**To:** Bill Ostrye <wfo@cis.org>
**Cc:** Barrett Deacon <Barrett.Deacon@bankwithunited.com>
**Subject:** Additional Documentation Needed

Hi Bill,

There is a hold by the SBA on the 2nd PPP submission due to the NAICS code coming up and saying the organizations is a lobbying group. Can you please provide one of the below documents so we can get this cleared for you:

**"Eligibility – Lobbying** - Borrower appears to be a Lobbyist - Potential eligibility issue"

**Please provide proof that the borrower is not involved in lobbying such as:**

a. CPA reviewed financial statements

b. Tax return

c. Borrower disclosure of sources/amounts of revenue

Thank you,

Chris

**Chris Northrup**

**Branch Manager, Bank Officer**

1776 K St. NW

Washington, DC 20006

202-331-3955 (direct line)



NMLS ID 1869657

When responding to this email, **do not include personal information**, such as social security number or account number. If your response requires you to include personal information, email us through the secure Contact Us email link on our website.

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to which they are addressed. If you have received this email in error please notify the sender. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company.

When responding to this email, **do not include personal information**, such as social security number or account number. If your response requires you to include personal information, email us through the secure Contact Us email link on our website.

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to which they are addressed. If you have received this email in error please notify the sender. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company.


CIS - 2019 Form 990 - Public Inspection.pdf
743K

# EXHIBIT 5