# EXHIBIT 12



**PRESS RELEASE**

# Non-Profit Americans For Peace Now, Inc. to Pay $261,890 to Resolve PPP Fraud Allegations

Tuesday, September 3, 2024

**For Immediate Release**

U.S. Attorney's Office, District of Columbia
USADC.Media@usdoj.gov

WASHINGTON – Americans For Peace Now, Inc., a Washington, D.C., based nonprofit organization, has agreed to pay $261,890 to settle allegations that the organization violated the False Claims Act when it applied for and received a $130,945 second-draw loan under the Paycheck Protection Act Program of the CARES Disaster Relief Program, and when it further applied for and was granted forgiveness of the entire amount of the loan.

The agreement was announced by U.S. Attorney Matthew M. Graves for the District of Columbia and Special Agent in Charge Amaleka McCall-Brathwaite of the U.S. Small Business Administration, Office of the Inspector General, Eastern Region.

In March 2020, the Coronavirus Aid, Relief, and Economic Security (CARES) Act was created to provide emergency financial support to Americans suffering economic hardship due to the COVID-19 pandemic. The CARES Act authorized billions of dollars in forgivable loans to small business and other entities, including non-profit organizations, struggling to pay employees and other business expenses. Under the applicable provision of the CARES Act, a business concern or other entity, including a nonprofit organization, is not eligible to receive a second draw loan if it is primarily engaged in political or lobbying activities, which shall include

any entity that is organized for research or for engaging in advocacy in areas such as public policy or political strategy or otherwise describes itself as a think tank in any public document.

At the time it applied for the second draw PPP loan, Americans For Peace Now certified to the SBA in the loan application that it was "not a business concern or entity primarily engaged in political or lobbying activities, including any entity that is organized for research or for engaging in advocacy in areas such as public policy or political strategy or otherwise describes itself as a think tank in any public documents."  It further certified in the loan forgiveness application that it met the conditions for receiving the second draw PPP loan. Americans For Peace Now contends that any misstatements in this application were inadvertent.

Under the False Claims Act, a party found to violate the Act must pay three-times the amount of damage to the United States. Had Americans For Peace Now been found liable to the United States under the False Claims Act, it would have been ordered to pay three times the amount of the loan and lost interest, along with civil penalties for each certification made in the loan application and forgiveness application. In connection with this settlement, Americans For Peace Now agreed to pay an amount equal to two-times the loan amount, or $261,890.

The settlement announced today stems from a Federal investigation that was initiated when another public interest group, TZAC, filed a whistleblower complaint pursuant to the *qui tam* provisions of the False Claims Act. The claims resolved by the civil settlement are allegations only. There has been no determination of liability in the civil case.

"Funds allocated for the Paycheck Protection Act Program had a specific purpose: get businesses eligible for the Program through the global pandemic," said U.S. Attorney Graves. "When ineligible businesses falsely claimed to be eligible, they harmed both the taxpayers who funded the program and the eligible businesses that needed it."

"Misusing SBA program funds is a serious violation that affects the integrity of the assistance programs meant to support those in genuine need," said Special Agent in Charge McCall-Braithwaite. "This settlement reflects our commitment to holding accountable those who seek to exploit government resources. We appreciate the diligent work of the U.S. Attorney's Office and our law enforcement partners in pursuing justice in this matter."

"The favorable settlement in this case is the product of enhanced efforts by federal agencies such as the Small Business Administration working with the U.S. Attorney's Office, SBA's Office of Inspector General and other Federal law enforcement agencies, as well as private individuals who uncover fraudulent conduct to recover the product of this fraud as well as penalties," said SBA General Counsel Therese Meers.

The civil settlement was the result of an investigation by Assistant U.S. Attorney Stephen DeGenaro and Auditor Timothy Hurley of the U.S. Attorney's Office for the District of Columbia.

U.S. Attorney Graves commended Attorneys Gary Fox and Kandace Zelaya of the U.S. Small Business Administration Office of the General Counsel for their assistance in the investigation and settlement negotiations. The case is captioned *U.S. ex rel. TZAC v. Americans For Peace Now*.

Tips and complaint regarding potential fraud affecting COVID-19 government relief programs can be reported by calling the Department of Justice's National Center for Disaster Fraud (NCDF) Hotline at (866) 720-5721 or by submitting a NCDF Web Complaint form at https://www.justice.gov/disaster-fraud/ncdf-disaster-complaint-form.

## Contact

USADC.Media@usdoj.gov

*Updated September 3, 2024*

## Topics

**CORONAVIRUS** | **FINANCIAL FRAUD**

## Component

USAO - District of Columbia

Press Release Number: 24-711

# Related Content

### PRESS RELEASE

### FBI Arrests Alabama Man in the January 2024 SEC X Hack that Spiked the Value of Bitcoin

WASHINGTON – Eric Council Jr., 25, of Athens, Alabama, was arrested this morning, in Athens, in connection with a January 2024 unauthorized takeover of...

October 17, 2024

---

PRESS RELEASE

## Disabilities Day Program Employee Sentenced to 230 Days in Jail for Exploiting Vulnerable Adults and Shoplifting

Danielle Marquita Baltimore, 40, of the District of Columbia, was sentenced today to 180 days of incarceration for financial exploitation of a vulnerable adult or elderly person, and 50 days...

October 9, 2024

---

PRESS RELEASE

## Scheme to Defraud Distressed Homeowners Out of $15 Million Nets Virginia Man 60 Months

Terrylle Blackstone, 37, of Woodbridge, Virginia, was sentenced today in U.S. District Court to 60 months in federal prison for participating in a conspiracy that fraudulently promised thousands of homeowners across the...

October 3, 2024

---

 **District of Columbia**

Main Office:

601 D Street, NW

Washington, DC

Email USAO-DC

📞  Telephone: (202) 252-7566