# EXHIBIT 15



Scott St. John <scott@stjohnlaw.com>

## CIS - PPP Loan #3393108806 - FRE 408

**Scott St. John** <scott@stjohnlaw.com>   Tue, Mar 19, 2024 at 1:25 PM
To: "Tepe, Sean (USADC)" <sean.tepe@usdoj.gov>

SETTLEMENT DISCUSSION
SUBJECT TO FRE 408

Sean:

Thanks for taking the time to chat. Please see attached. The material we discussed is at Addendum B, which begins at PDF page 6.

Don't hesitate to email or call with any questions. I'll reach out again in two weeks if I don't hear back.

Best regards,
Scott


**CIS - Application - PPP Loan #2 with Addendums.pdf**
2081K